# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2514

_____

Herbert Phillip Malone,       *
      *
          Appellant,       *
      *
         v.       * Appeal from the United States
      * District Court for the
Brent Scott, Infirmary Manager,       * Eastern District of Arkansas.
Cummins Unit, Arkansas Department       *
of Correction; Mary Wyatt, Infirmary       *      [UNPUBLISHED]
Records Supervisor, Cummins Unit,       *
Arkansas Department of Correction,       *
      *
          Appellees.       *

_____

Submitted: May 6, 1999
Filed: May 11, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit
     Judges.

_____

PER CURIAM.

     Herbert P. Malone appeals the judgment of the district court[1] dismissing his 42
U.S.C. § 1983 action following a jury verdict in favor of defendants. Upon careful

_____

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the
Eastern District of Arkansas, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

review of Malone's brief and the record, we conclude that his arguments either are unreviewable because he did not provide a trial transcript, see Fed. R. App. P. 10(b); <u>Van Treese v. Blome</u>, 7 F.3d 729, 729 (8th Cir. 1993) (per curiam), or are meritless. We also deny his motion for a remand. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.